UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPROXIMATELY FIFTY ONE VIALS OF STEROIDS AND HUMAN GROWTH HORMONE, et al.,<br><br>                    Defendants. | Case No.  14-cv-03867-BLF<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND VACATING HEARING DATE**<br><br>[Re: ECF 21] |

Before the Court is the Motion for Default Judgment filed by the United States on February 5, 2015.  ECF 21.  The time for opposition has elapsed, and no opposition has been received.  The Court finds this matter appropriate for submission without oral argument and VACATES the April 23, 2015 hearing on the motion.[1]

The Court is satisfied that the United States appropriately notified interested parties of this in rem forfeiture action, as required by Supplemental Rule G(4) of the Federal Rules of Civil Procedure and Admiralty Local Rule 6-1(a).  To date, no claims or answers have been filed in this action pursuant to the requirements of Supplemental Rule G(5).  As such, the Court GRANTS the United States' Motion for Default Judgment and default judgment shall be entered pursuant to Federal Rule of Civil Procedure 55 and Admiralty Local Rule 6-2.

          **IT IS SO ORDERED.**

Dated: March 25, 2015

BETH LABSON FREEMAN
United States District Judge

[1] The United States' administrative motion to continue the hearing (ECF 22) is DENIED as moot.